----------------------------------------x

In the Matter of the Estate     RECEIPT, RELEASE AND
                                                REFUNDING AGREEMENT FOR
of OLIVER SMITH,                     <u>PARTIAL DISTRIBUTION</u>

                     Deceased.
----------------------------------------x

WHEREAS:

      1.    OLIVER SMITH (the "Decedent") died on January 23, 1994, a resident of Kings County, City and State of New York, leaving a Last Will and Testament dated the 1st day of October, 1993 ("the Will"), nominating ELLIOT J. LEFKOWITZ as Executor, and ELLIOT J. LEFKOWITZ having been duly appointed as Executor by the Surrogate's Court, County of Kings, on or about the 7th day of February, 1994.

      2.    Paragraph SEVENTH makes the following specific bequest:

      "All of my scenic sketches located in my studio at 70 Willow Street, Brooklyn, New York, and all of my theatrical related and other royalties and residuals, if any, to which I may be entitled after my demise, I give and bequeath to ROSARIA SINISI, if she survives me."

      NOW THEREFORE, in consideration of the premises, and of the facts that

      (a) the aforementioned bequest of "all theatrical related and other royalties and residuals" cannot be severed from possession of the copyrights to the creative works of the Decedent, and



(b) it was the intent of the Decedent that his bequest to ROSARIA SINISI under Paragraph SEVENTH of his Last Will and Testament include the copyrights to his creative works, ELLIOT J. LEFKOWITZ hereby assigns to ROSARIA SINISI those copyrights held by the Decedent in his creative works at the time of his death, and the undersigned does hereby, for herself and her heirs, executors, administrators and assigns, forever covenant, promise and agree with ELLIOT J. LEFKOWITZ, as nominated Executor and his successors, as follows:

FIRST: Acknowledges receipt of a copy of said Last Will and Testament, and confirms that she has examined same in all respects;

SECOND: Hereby acknowledges receipt of the assignment by the Executor of the copyrights to the creative works of the Decedent, as intended by the Decedent in his bequest of royalties and residuals set forth in Paragraph SEVENTH of his Last Will and Testament;

THIRD: Remises, releases and forever discharges ELLIOT J. LEFKOWITZ, individually and as the nominated Executor of the Estate of OLIVER SMITH, and from all liability and accountability and responsibility relating to the partial distribution of the copyrights in the creative works of OLIVER SMITH to the undersigned as described above;

FOURTH: Represents and certifies that the undersigned has made no sale, mortgage, gift, assignment or other transfer of the interest of the undersigned in the Estate of OLIVER SMITH;

FIFTH: The undersigned undertakes and agrees to and with said ELLIOT J. LEFKOWITZ, as the nominated Executor, that if other liabilities of the Estate shall arise and it shall become necessary to do so, she shall reassign the copyrights assigned to her herein to the Estate of OLIVER SMITH, should such reassignment be necessary for the payment of any such liabiliity and the costs and charges, including reasonable attorney's fees, incurred by reason of the payment thereof; and

SIXTH: Agrees that the provisions of this document shall inure to the benefit of the aforesaid ELLIOT J. LEFKOWITZ, individually and as nominated Executor of the Estate of OLIVER SMITH, and his representatives, successors and assigns, and shall be binding on the undersigned and her heirs and legal representatives.

IN WITNESS WHEREOF, the undersigned have hereunto set their hands and seals this 8th day of December 25, 1995.

_Rosaria Sinisi_

Sworn to before me this 8th day of December 25, 1995

_Notary Public_
Notary Public, State of New York
No. 31-4842877
Qualified in New York County
Commission Expires March 30, 1997

Elliot J. Lefkowitz, Esq.
Executor, Estate of Oliver Smith