```
Type of Work:        Recorded Document

Document Number:     V3462D284

Date of Recordation:
                     2000-12-04

Entire Copyright Document:
                     V3462 D284 P1-6

Date of Execution: 8Dec95; 30Jan96; date of cert.: 23Aug00

Title:               No titles given for scenic sketches.

Notes:               Receipt, release and refunding agreement for partial
                         distribution.

Party 1:             Elliot J. Lefkowitz, executor of the estate of Oliver
                         Smith.

Party 2:             Rosaria Sinisi.

Variant title:       No titles given

Names:               Lefkowitz, Elliot J.
                     Sinisi, Rosaria
                     Oliver Smith, Estate of
```
===============================================================================

