THE DOLLIKO COMPANY
c/o Niko Associates, Inc.
234 West 44th Street
New York, NY 10036

March 2, 1994

Estate of Oliver Smith
c/o Elliot Lefkowitz, Esq.
c/o The Lantz Office
888 Seventh Avenue
New York, NY 10106

RE: HELLO, DOLLY!

Dear Mr. Lefkowitz:

This letter shall confirm our discussions with regard to The Estate of Oliver Smith ("Designer") licensing to The Dolliko Company ("Producer") the use of the Oliver Smith set designs for Producer's upcoming production of HELLO, DOLLY!.

Designer agrees to license the use of Designer's designs for Producer's HELLO, DOLLY! set. In consideration of the above, Producer will pay to Designer Seven Thousand Five Hundred ($7,500) Dollars as full and complete payment, payable upon signing of this letter. Designer shall also receive an additional weekly compensation of Five Hundred ($500) Dollars for each performance week of the play for the continued use of said designs, payable each Thursday following the end of the week of performances. Designer shall recieve customary billing as set designer whenever and wherever any other designer is billed.

If the foregoing meets with your understanding, please indicate your consent by signing below. Thank you and please feel free to call if you have any questions.

Sincerely,

THE DOLLIKO COMPANY

By Manny Kladitis

MK/jc

AGREED AND ACCEPTED:

ESTATE OF OLIVER SMITH

By: _____

EXHIBIT 3