UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROSARIA SINISI                                    CIVIL ACTION

VERSUS                                            NUMBER: 11-02625

BROADWAY BOUND COSTUMES, INC.                     SECTION: "B"(5)


## ORDER SCHEDULING SETTLEMENT CONFERENCE

A settlement conference in the above matter is hereby **SCHEDULED** for July 16, 2012 at 2:30 p.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

The parties are to be prepared to enter into meaningful and good faith settlement negotiations at the time of the conference. Any party appearing without authority to negotiate, or without the ability to contact their client throughout the settlement conference, may be sanctioned.

It is the duty of the plaintiff(s) to notify the Magistrate Judge's Office if trial is continued or if this case is settled or otherwise disposed of prior to the date of the scheduled settlement

conference, so that the matter may be removed from the Court's docket.

**Prior to the conference, the plaintiff is to have made an offer and defendant a counter-offer.**

A photo ID is required to enter the Courthouse.

New Orleans, Louisiana, this  10th  day of    February   , 2012.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE