IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSARIA SINISI, <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY BOUND COSTUMES, INC., <br><br> Defendant. | Civil Action No. 2:11-cv-02625(ILRL)(ALC) <br><br> Judge Ivan L. R. Lemelle <br><br> Magistrate Judge Alma L. Chasez <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. PRO. 41(a)(1)(A)(ii) |

WHEREAS, Plaintiff Rosaria Sinisi and Defendant Broadway Bound Costumes, Inc. jointly file and agree to this Stipulation and [Proposed] Order of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

WHEREAS, the parties agree that each party shall pay its own costs and attorneys fees; and

WHEREAS, the parties have agreed to settle the action in its entirety along with each of the claims alleged therein; and

WHEREAS, the parties have agreed that the dismissal of the action should be without prejudice, under Local Rule 41.2 of the U.S. District Court for the Eastern District of Louisiana, to the right of Plaintiff Rosaria Sinisi to file a motion for summary judgment enforcing the settlement within 125 days of the entry of an Order of Dismissal Without Prejudice;

IT IS HEREBY STIPULATED by and between the parties that the Court enters an Order as follows:

Plaintiff Rosaria Sinisi hereby dismisses her claims against Broadway Bound Costumes, Inc. without prejudice to her right to file a motion for summary judgment within 125 days of this Order to enforce the settlement negotiated and agreed to by the parties; and each party will bear its own costs and attorneys fees.

Dated: New Orleans, Louisiana
April 4, 2012

CIMINI & ASSOCIATES

By: _____
R. Vaughn Cimini (La. # 22018), T.A.
301 Veterans Memorial Blvd., Ste. 205
Metairie, LA 70005
Tel. (504) 828-6870
Fax. (504) 828-6873

*Attorneys for Plaintiff*

LAW OFFICES OF MICHAEL W. TIFFT

By: _____
Michael W. Tifft (La. # 17829)
710 Cardondelet Street
New Orleans, LA 70130
Tel. (504) 581-4334
Fax. (504) 581-4335

*Attorneys for Defendant*