UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROSARIA SINISI                                             CIVIL ACTION

VERSUS                                                     NO. 11-2625

BROADWAY BOUND COSTUMES, INC.                              SECTION "B"(5)

### ORDER

Considering the foregoing Agreed Stipulation and Proposed Order of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Rec. Doc. No. 19),

**IT IS ORDERED** that Plaintiff Rosaria Sinisi's claims against Broadway Bound Costumes, Inc., are **DISMISSED** without prejudice to Plaintiff's right to file a motion for summary judgment within 125 days of this Order to enforce the settlement negotiated and agreed to by the parties. Each party will bear its own costs and attorneys fees.

New Orleans, Louisiana, this 9th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE